IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DEMAR WORRELL,
        Petitioner,
    v.                                **Judgment in a Civil Case**
STATE OF NORTH CAROLINA;
MICHAEL A. HARDEE,
        Respondent.                  Case Number: 5:09-HC-2111-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for consideration of the respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on November 9, 2011, with service on:
Demar Worrell 0574775, Hyde Correctional Center, P.O. Box 278, Swan Quarter, NC 27885 (via U.S. Mail)
Mary Carla Hollis (via CM/ECF Notice of Electronic Filing)

November 9, 2011                                      /s/ Dennis P. Iavarone
                                                          Clerk

Raleigh, North Carolina